In the Matter of the Transfer Tax upon the Estate of Arza C. Peck, Deceased. Comptroller of the State of New York, Appellant; John A. Peck, Individually and as Executor, etc., of Arza C. Peck, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frank G. Potts, Appellant, v. J. Edward Lambie, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Dowling, J., dissented.

William Procter, Appellant, v. William W. Hall and Others, Individually, and as Trustees of the Estate of Thomas R. A. Hall, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Carlotta Nillson, Respondent, v. Walter N. Lawrence and Others, Defendants, Impleaded with Selwyn & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Secondo Guasti and Juan A. Bernard, Respondents, v. Tobias Miller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. McLaughlin, J., dissented.

Henry Wellbrock Company, Respondent, v. Michael Di Simone and Ralph Di Simone, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George Colon and Bernard Wilson, Respondents, v. The First United Presbyterian Church of the City of New York, Appellant, Impleaded with The United States Fidelity and Guaranty Company.— Order entered March 13, 1911, modified as provided in order, and as modified affirmed, without costs. Order entered March 28, 1911, affirmed, without costs. No opinion.

Frank W. Jackson, Respondent, v. Hellenic Transatlantic Steam Navigation Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William M. K. Olcott and Others, Practicing Law under the Firm Name and Style of Olcott, Gruber, Bonynge & McManus, Respondents, v. Hellenic Transatlantic Steam Navigation Company, Limited, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry B. Sire, Appellant, v. May Irwin Eisfeldt, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Dematatis, an Infant, by Christos Dematatis, His Guardian ad Litem, Appellant, v. American Ice Company, Respondent.— Order modified as provided in order and as modified affirmed, without costs. No opinion.

McWalter B. Sutton v. Josephine L. Sutton (2 cases).— In each case motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Hyman Kaplan v. Friedman Construction Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.